IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| KENNETH WAYNE WILSON, §<br>    *Plaintiff,* §<br>§<br>v. §<br>§<br>TRAVIS COUNTY, TEXAS, ET AL., §<br>    *Defendants.* § | NO. 1:25-CV-887-ADA |

## ORDER ADOPTING MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of United States Magistrate Judge Dustin M. Howell regarding Defendants Travis County, Texas, Joe Nichols, Mike Lummus, and Velva L. Price's Motion to Dismiss (Dkt. 3) and Defendant City of Lakeway, Texas's Motion to Dismiss (Dkt. 7). Dkt. 16. The report recommends the Travis County Defendants' Motion to Dismiss be **GRANTED** (Dkt. 3) and the City of Lakeway's Motion to Dismiss be **GRANTED** (Dkt. 7). The Report and Recommendation was filed September 11, 2025. This Court hereby adopts Judge Howell's Recommendations.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing de novo review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). A district court need not consider "[f]rivolous, conclusive, or general objections." *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982) (en banc), *overruled on other grounds by Douglass v. United States Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996)).

Plaintiff filed objections on October 1, 2025. Dkt. 19. The Court has conducted a *de novo* review of the Complaint, the Report and Recommendation, the objections to the Report and

Recommendation, and the applicable laws. After that thorough review, the Court is persuaded that the Magistrate Judge's findings and recommendation should be adopted.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Dustin M. Howell, Dkt. 16, is **ADOPTED**.

**IT IS FURTHER ORDERED** that the Travis County Defendant's Motion to Dismiss, Dkt 3, is **GRANTED.**

**IT IS ALSO ORDERED** that the City of Lakeway's Motion to Dismiss, Dkt. 7, is **GRANTED**.

**SIGNED** on October 3, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE